# SECURITY NOTICE



## Security Notice

determined that an unauthorized third-party gained access to a portion of our computer system. Based on our investigation, we believe they had access from January 29, 2022, to February 6, 2022. Once we identified the data that may have been affected, we promptly engaged a data review firm to determine what information was in those files. We received those results on August 4, 2022. And we are now providing you this notice to give you information on what happened and what we are doing in response.

**WHAT HAPPENED**

We determined that the unauthorized third-party gained access to a limited number of individuals' personal information, which may include some combination of their full name, date of birth, contact information, government identification (such as Social Security or driver's license number), limited medical details, and financial information (such as bank account and routing number).

**WHAT WE ARE DOING**

We hired third-party experts to address this situation, perform an investigation into the unauthorized activity, and further secure our systems to protect our customers'

information. We are also working directly notifying individuals we know are affected.

**WHAT YOU CAN DO**

We encourage individuals to (1) remain vigilant for unauthorized financial activity by reviewing their account statements and free credit reports, (2) consider placing a fraud alert of security freeze on their credit file, and (3) report any suspicious activity to law enforcement. You can also find additional steps at www.IdentityTheft.gov/DataBreach.

**FOR MORE INFORMATION**

Our customers and their personal information are important to us. To address questions you may have, we have set up the following dedicated toll-free number (866)252-4401. Thank you for your understanding and patience.

# STORE LOCATOR

Please use the company Store Locator to find the nearest Cash Express Store closest to you.



Cash Express, LLC,

345 S. Jefferson Ave.,
Ste. 300

Cookeville, TN 38501

Corporate Office: 931-520-8662

Contact your nearest store: 1-888-899-0399

in

- Flex Loans
- Payday Loans
- Installment Loans
- Title Loans
- Check Cashing
- Pawn Loans
- Cash For Gold
- Financial Literacy

- Cash Express In The Community
- Employment Application
- Dispute Resolution
- Customer Feedback
- Store Locator
- Contact
- Accessibility Statement
- Privacy Policy
- Terms & Conditions
- Affordable Care Act – Transparency in Coverage
- Sitemap
- Home

© 2015 - 2022 Cash Express, LLC. | All Rights Reserved.

*Cash Express only completes credit transactions at its licensed store locations. That is, Cash Express does not offer or approve credit transactions online. All information entered online will be used on an application for credit transacted at one of our store locations. To complete the application process, you must visit one of our stores and bring with you the required items for your desired credit. Credit proceeds will only be disbursed in person.